FILED 07 JUN '11 08:09 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JERRY LONGMORE,<br>Plaintiff | 6:10-CV-00075-AA |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,000.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, $350.00 in cost shall be paid to the Plaintiff. The parties agree the check shall be sent to: Merrill Schneider, P.O. Box 14490, Portland, OR 97293.

DATED this 3 day of June, 2011.

Judge Ann L. Aiken
United States District Court Judge