Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Caver Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JERRY LONGMORE,<br>Plaintiff,<br><br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | 6:10-CV-0075-AA<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $12,053.00 pursuant to 42 U.S.C. § 406(b).

Dated this 25 day of January, 2012.

_____
Ann L. Aiken
United States District Judge